IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE: :
                                                                               Case No. 10-37806
    RASNIC, TERESA M.           :        Chapter 7
                                                                            Judge Guy R. Humphrey
                    Debtor.                :

## **NOTICE OF TRUSTEE'S PROPOSED SALE/DISPOSITION OF TANGIBLE PERSONAL PROPERTY TO DEBTOR AND OPPORTUNITY TO OBJECT**

As set forth below, the Trustee proposes to sell and or dispose to the Debtor certain tangible personal property.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Trustee's proposed action, or if you want the Court to consider your views on the Trustee's proposed action, then on or before Twenty One (21) days from the Date of Issuance set forth below, you or your attorney must file a written response in accordance with the Court's local rules and filing procedures.

    The Clerk of Court's address is: U.S. Bankruptcy Court Clerks Office, 120 W. Third Street, Dayton, OH 45402.
    Copies of the Court's Administrative Procedures for electronic court filings can be found at the following website:     http://www.ohsb.uscourts.gov

You must file the response early enough so the Court will **receive** it on or before the date stated above.

You must also either electronically serve John Paul Rieser through the court's ECF System or mail a copy to John Paul Rieser at the following address:     John Paul Rieser
                                                                                                                                  7925 Graceland Street
                                                                                                                                   Dayton, OH 45459-3834

If you or your attorney do not take these steps, the Trustee will take the proposed action without further notice and report the details thereof on the Final Report in this case.

**10/11/2011**                                                                                  **/s/ *John Paul Rieser***

Date of Issuance                                                                            John Paul Rieser, Esq.

# NOTICE OF PROPOSED SALE /DISPOSITION

Now comes John Paul Rieser, the duly appointed and acting Chapter 7 Trustee in the above captioned case and hereby gives notice pursuant to 11 U.S.C. §§ 363, 554, and 725 that a disposition of tangible personal property will be made to the Debtor in exchange for non-exempt equity, as determined by the Trustee and agreed to by the Debtor.

The property at issue is a 2005 Nissan Quest Minivan ("Vehicle") scheduled by the Debtor. The Debtor scheduled the value of the Vehicle as $8,100.00. The Trustee determined the value of the Vehicle to be $8,362.50 based on the average of the NADA rough trade in value ($6,125.00) and the NADA clean retail value ($10,600.00). From this value, the Trustee deducted (1) Debtor's exemptions pursuant to O.R.C. § 2329.66 (A)(2) and (18) in the amount of $4,600.00; (2) the average cost of sale amount of $262.50[1]. The non-exempt equity owed to creditors for the Vehicle is $3,500.00 and the Debtor has paid this amount to the Trustee. The Trustee believes that disposing of the Vehicle by permitting the Debtor to "buy out" the non-exempt equity herein will produce a net certain recovery to creditors equal to or greater than that which would be obtained from selling the Vehicle at auction or by alternative disposition methods, which have greater transaction costs, take longer, and have no certainty as to result.

**WHEREFORE,** the Trustee now notices creditors and all parties of interest that unless an objection to this Notice is timely filed and served, the Trustee will finalize this proposed disposition as permitted by the Bankruptcy Code, Rules and Local Bankruptcy Rules.

---

[1] This condition adjustment is based on Trustee's experience in selling vehicles at auctions in the current market environment.

Respectfully yours,

**/s/ *John Paul Rieser***
John Paul Rieser, Trustee
Rieser & Associates LLC
7925 Graceland Street
Dayton, OH 45459-3834
Phone: (937) 224-4128, Fax: (937) 224-3090
E-mail: tecfdesk@rieserlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF TRUSTEE'S PROPOSED SALE/DISPOSITION OF TANGIBLE PERSONAL PROPERTY TO DEBTOR AND OPPORTUNITY TO OBJECT** was served this 11th day of October, 2011, on the parties in interest listed on the attached matrix. All parties listed on the attached matrix were served by regular U.S. mail, postage prepaid, with the following exceptions:

(1) The Trustee is not serving the United States Bankruptcy Court by regular mail because the United States Bankruptcy Court will receive electronic notice of this filing.
(2) A creditor who is listed by name only, with no mailing address, is <u>not</u> being served with this document. The Trustee is not serving a copy to creditors who have no mailing address listed on the matrix because it is obvious that the Post Office cannot and will not deliver mail without an address, and it would be a waste of estate resources to attempt such delivery. The Trustee will provide a copy of this document or pleading to such creditors upon request from the creditors not receiving service.
(3) The following parties are not being served by regular mail because they will receive notice of this filing by the court's electronic ECF system:

Asst US Trustee (Day) USTPRegion09.CB.ECF@usdoj.gov

Darlene E Fierle dfierle@ihtlaw.com

**/s/ *John Paul Rieser***
_____
John Paul Rieser [lrs/740]

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-3<br>Case 3:10-bk-37806<br>Southern District of Ohio<br>Dayton<br>Sun Oct  9 10:50:27 EDT 2011 | United States Bankruptcy Court<br>120 West Third Street<br>Dayton, OH 45402-1872 | American InfoSource LP as agent for WFNNB<br> as assignee of<br>Value City Furniture<br>PO Box 248872<br>Oklahoma City OK  731248872 |
| Asst US Trustee (Day)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | Brian C. Block<br>Javitch, Block & Rathbone<br>1100 Superior Avenue, 19th Floor<br>Cleveland, OH 44114-2521 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374-0933 |
| Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195-0507 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany OH  430543025 | Discover Fin<br>Po Box 6103<br>Carol Stream, IL 60197-6103 |
| Gary Kurtz<br>726 Grand Wood Court<br>Springboro, OH 45066-8467 | Kohls<br>Attn: Recovery Dept<br>Po Box 3120<br>Milwaukee, WI 53201-3120 | National City Card Ser<br>K-a16-2j<br>Kalamazoo, MI 49009 |
| Ncb Ne Er<br>4661 E Main St<br>Columbus, OH 43213-3298 | PNC BANK<br>PO BOX 94982<br>CLEVELAND,OH 44101-4982 | PYOD LLC its successors and assigns as assig<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 |
| Pnc Bank<br>Attn: Bankruptcy<br>2730 Liberty Ave<br>Pittsburgh, PA 15222-4747 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO<br>ATTN BANKRUPTCY DEPT<br>MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | Wfnnb/value City Furn<br>Attn: Bankruptcy<br>Po Box 182686<br>Columbus, OH 43218-2686 |
| Darlene E Fierle<br>140 North Main Street<br>Suite A<br>Springboro, OH 45066-1356 | John Paul Rieser<br>7925 Graceland Street<br>Dayton, OH 45459-3834 | Teresa M Rasnic<br>195 Eleanor Drive<br>Springboro, OH 45066-1313 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Wells Fargo Hm Mortgag<br>8480 Stagecoach Cir<br>Frederick, MD 21701 | End of Label Matrix<br>Mailable recipients    20<br>Bypassed recipients     0<br>Total                   20 |